UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of Legisi
Marketing, Inc., et al.,

               Plaintiff,

v.

STEVEN W. JOHNSON,

               Defendant.

_____/

Hon.  George Caram Steeh

Case No. 12-CV-14955

### *EX PARTE* ORDER ALLOWING SERVICE BY PUBLICATION AND EXTENDING SUMMONS

This matter having come before the Court on *ex parte* Motion of the Plaintiff, Robert D. Gordon, Receiver of Legisi Marketing, Inc., et al., ("Plaintiff"), and the court otherwise being fully advised in the premises:

Plaintiff has filed a Complaint for avoidance of fraudulent transfers pursuant to the Michigan Uniform Fraudulent Transfer Act, M.C.L. 566.34(1) & 566.35(1), and for unjust enrichment (the "Complaint") against Defendant Steven W. Johnson, with this Court on November 7, 2012 (the "Instant Action").

Defendant Steven W. Johnson may be served by publishing a copy of this Order once each week for 3 consecutive weeks in a newspaper in the county in which Port Orchard, WA, is located and by sending a copy of this Order to the Defendant at 7169 East Raintree Lane, Port Orchard, WA, 98366-7141, return receipt requested before the date of the last publication. Service will be effective upon the date of the third publication.

The Defendant may direct his answer or take other action as permitted by law or court rules by directing such answer or action to Clerk of the Court, United States District Court, Eastern District of Michigan, 231 W. Lafayette, Detroit, Michigan, 48226.

A failure by the Defendant to answer or take other action allowed by law or court rules within twenty-one (21) days of service will result in a default.

**IT IS HEREBY ORDERED** that the Plaintiff's motion is hereby GRANTED, and service may be made by publication as described above; and

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 4(m), the time allowed for service of process on Defendant Steven W. Johnson shall be extended by sixty (60) days, to August 4, 2013.

Honorable George Caram Steeh
United States District Court Judge

Entered: June 6, 2013